In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00245-CV**

_____

**IN THE INTEREST OF N.A.W.**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-172,392-E**

_____

**MEMORANDUM OPINION**

The appellant filed a notice of appeal from a temporary restraining order. We questioned our jurisdiction. *See* Tex. Fam. Code Ann. § 105.001(e) (West 2008). In response, the appellant filed a motion asking that we dismiss the appeal without prejudice. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal, without prejudice.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered July 11, 2013
Before Gaultney, Kreger, and Horton, JJ.

1